UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT HERBERT,            )<br>                                          )<br>            Plaintiff,         )<br>                                          )<br>    vs.                               )<br>                                          )<br>COMENITY LLC, d/b/a COMENITY )<br>BANK,                              )<br>            Defendant       ) | CASE NO. 8:15-cv-01287-MSS-JSS |

# NOTICE OF SETTLEMENT

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff ROBERT HERBERT and Defendant COMENITY BANK.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Dated: April 25, 2016                                /s/ Stanley T. Padgett
                                                                Stanley T. Padgett, Esq.
                                                                Padgett Law, P.A.
                                                                201 E. Kennedy Blvd., Suite 600
                                                                Tampa, Florida 33602
                                                                813-230-9098
                                                                Fax 866-896-7664
                                                                Florida Bar No. 348686
                                                                spadgett@padgettlawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Stanley T. Padgett
Stanley T. Padgett, Esq.
